UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00431

**Jacquelyn Taylor,**
*Plaintiff,*

v.

**Commissioner,
Social Security Administration,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On September 19, 2019, plaintiff Jacquelyn Taylor filed this action under 42 U.S.C. § 405(g) for judicial review of defendant's decision denying plaintiff's applications for disability insurance benefits and supplemental security income. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

Judge Mitchell ordered the parties to file briefs (Doc. 13) but plaintiff neither filed a brief nor requested an extension. On March 27, 2020, Judge Mitchell issued a report and recommendation that the complaint be dismissed without prejudice for failure to prosecute. Doc. 14. Plaintiff filed no objections.

When no party objects to a magistrate judge's report and recommendation within 14 days of service, the district court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (cleaned up). Here, there is no clear error.

Accordingly, the report and recommendation is **adopted**. This action is **dismissed without prejudice** for failure to prosecute. Fed. R. Civ. P. 41(b). Any motion not previously ruled on is **denied as moot**.

*So ordered by the court on April 21, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge